AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA

v.

David Anthony Lassiter

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:16-CR-41-2BO

The Defendant was found not guilty as to Counts 2 through 9 of the Second Superseding Indictment. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_/s/ Terrence Boyle_
Signature of Judge

Terrence W. Boyle     US District Judge
Name of Judge     Title of Judge

7/23/2018
Date